FILED

JAN 1 0 2003

[illegible] CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

TMR ENERGY LIMITED,

Petitioner,

-against-

THE STATE PROPERTY FUND OF UKRAINE,

Respondent.

-------------------------------------------------------------------X

CASE NUMBER 1:03CV00034

JUDGE: Thomas Penfield Jackson

DECK TYPE: General Civil

DATE STAMP: 01/10/2003

**PETITIONER TMR'S DISCLOSURE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and District of Columbia Local Civil Rule 26.1, Petitioner, TMR Energy Ltd. ("TMR"), states that it has the following parent companies:

Glencore International AG and Innovarex SA, the latter of which is owned by TotalFinaElf.

Dated: Washington, D.C.
January 10, 2003

CURTIS, MALLET-PREVOST, COLT &
MOSLE, LLP

By: [signature]
Eliot Lauer (D.C. Bar No. 203786)
Samuel Rosenthal (D.C. Bar No. 329516)
Attorneys for Petitioner TMR Energy Limited
1200 New Hampshire Avenue, N.W., Suite 430,
Washington, D.C. 20036
(202) 452-7373

Of counsel:

SALANS
620 Fifth Avenue
New York, New York 10020
(212) 632-5500

NEWYORK.423331.1

2